1058

[No. 36116-7-II. Division Two. August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD ANTHONY HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01681-7, Roger A. Bennett, J., entered March 15, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37105-7-II. Division Two. August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EZELL JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04916-2, Frank E. Cuthbertson, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37247-9-II. Division Two. August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDY DANIEL GLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01239-4, Jill M. Johanson, J., entered January 10, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37363-7-II. Division Two. August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY ALAN RUNYON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01600-9, Diane M. Woolard, J., entered February 6, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Van Deren, C.J., and Penoyar, J.